UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KERRY D. CLARK,

    Plaintiff,

v.     Case No. 5:14cv204/RS/CJK

WARD, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

    On August 27, 2014, this court entered an order giving plaintiff 30 days to either correct the deficiency in his *in forma pauperis* application by filing a fully completed prisoner consent form, signed by an authorized official, along with a copy of his inmate account statement for the six-month period preceding the filing of his complaint, or pay the full $400.00 filing fee. (Doc. 4). Plaintiff was warned that a failure to comply with the order would result in a recommendation that his case be dismissed. (*Id.*). To date, plaintiff has not filed a completed *in forma pauperis* application or paid the $400.00 filing fee. Plaintiff has also not responded to the court's October 2, 2014 Order (doc. 5) requiring him to show cause, within fourteen days, why this case should not be dismissed for failure to comply with an order of the court.

    Accordingly, it is respectfully RECOMMENDED:

    1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2.   That the clerk be directed to close the file.

At Pensacola, Florida this 21st day of October, 2014

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).