# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**KERRY D. CLARK,**

    **Plaintiff,**

v.     **CASE NO. 5:14-cv-204-RS-CJK**

**WARD, et al.,**

    **Defendants.**

_____/

## ORDER

Before me is the October 21, 2014, Magistrate Judge's Report and Recommendation (Doc. 6). To date, no objections have been filed. I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

3. The clerk is directed to close the file.

**ORDERED** on November 24, 2014.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**